| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Discover Bank | |
| In Re:<br><br>Carlos A. Madero<br><br>Debtor(s) | Case No.:     23-14849 RG<br><br>Chapter:      13<br><br>Hearing Date: August 2, 2023<br><br>Judge:         Rosemary Gambardella |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 24)

_____

Date: July 27, 2023                                                                  /s/Denise Carlon
                                                                                         Signature

*rev. 8/1/15*