**McCABE, WEISBERG & CONWAY, P.C.**
**By: Andrew M. Lubin., Esquire (Atty. I.D.# AL0814)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
**Attorneys for Secured Creditor: First Federal Bank**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No.:  23-14849-RG |
| | Chapter:  13 |
| Carlos A Madero | |
| Debtors | Hearing Date: September 20, 2023 |
| | Time: 8:30 a.m. |
| | |
| | Judge:  Rosemary Gambardella |

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

LoanCare, LLC, by its counsel, Andrew M. Lubin, Esquire, of McCabe, Weisberg & Conway, LLC, states the following grounds as an Objection to Confirmation of Debtor's Chapter 13 Plan:

1.      I am an attorney at law of the State of New Jersey, and an associate with McCabe, Weisberg & Conway, LLC, attorneys for First Federal Bank, (hereinafter "Secured Creditor"), a secured creditor in the above referenced bankruptcy proceeding.

2.      Secured Creditor holds a mortgage lien on real property owned by the Debtors and located at 29 Lowe Avenue, Fair Lawn, New Jersey 07410.

3.      The Debtors filed a Chapter 13 Bankruptcy Petition on June 4, 2023.

4.      Secured Creditor has not yet filed its Proof of Claim in this matter but anticipates doing so prior to the claims' deadline of August 14, 2023. As such Secured Creditor, reserves the right to supplement this objection.

5.      As will be more fully set forth in the Proof of Claim in this matter, as of the date of the filing of the instant Chapter 13 petition, total arrears due to Secured Creditor through the Plan at this time are anticipated to be $6,145.10.

6.      Secured Creditor objects to confirmation as Debtor's Chapter 13 Plan does not propose a treatment of Secured Creditor's pre-petition arrears.

7.      Secured Creditor respectfully requests that the Court deny confirmation of Debtor's Chapter 13 Plan, for the reasons hereinbefore stated.

Date: August 3, 2023

McCABE, WEISBERG & CONWAY, LLC

    /s/ Andrew M. Lubin
Andrew M. Lubin, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Andrew M. Lubin, Esq. (Atty.**
**I.D.#AL0814)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
**Attorneys for Secured Creditor: First Federal**
**Bank**

| | |
|---|---|
| IN re:<br><br>Carlos A Madero<br>　　　Debtors | Case No.: 23-14849-RG<br>Chapter: 13<br>Judge: Rosemary Gambardella |

### CERTIFICATION OF SERVICE

1.　　I, Alice Ray:

　　　❑ represent the _____ in the above-captioned matter.

　　　☒ am the secretary/paralegal for Andrew M. Lubin, Esq., who represents the Secured Creditor in the above captioned matter.

　　　❑ am the _____ in the above case and am representing myself.

2.　　On  August 3, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

　　　　• Objection to Confirmation of Chapter 13 Plan

3.　　I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

　Dated: August 3, 2023                                    /s/ Alice Ray
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Carlos A Madero<br>29 Lowe Avenue<br>Fair Lawn, NJ 07410 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph J Mania, III<br>Law Office of Joseph J. Mania III<br>203 Main St., Suite A234<br>Flemington, NJ 08822 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*