Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14849−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos A Madero
   29 Lowe Avenue
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−3243

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/23 at 10:00 AM

to consider and act upon the following:

*39* − Motion to Expunge Claims of Internal Revenue Service Filed by Joseph J Mania III on behalf of Carlos A Madero. Hearing scheduled for 10/18/2023 at 09:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in support of motion to expunge claim of Internal Revenue Service # 2 Proposed Order # 3 Certificate of Service) (Mania, Joseph)INCORRECT HEARING DATE SET. Modified on 9/29/2023 (car).

Dated: 9/29/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court