**JOSEPH J. MANIA III, ESQ (JJM 9414)**
**203 MAIN STREET, SUITE A-234**
**FLEMINGTON, NJ  08822**
**(908) 806-3460**
**jmbanklaw@gmail.com**
**ATTORNEY FOR DEBTOR**

_____

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

Case No.  23-14849(RG)

| | | |
|---|---|---|
| **In the matter of** | : | Chapter 13 |
| | : | |
| **CARLOS A MADERO** | : | **WITHDRAWOF** |
| | : | **MODIFIED PLAN** |
| | : | |
| | : | |
| **Debtor** | : | |
| _____ | : | |

   **PLEASE TAKE NOTICE** that Carlos A Madero, debtor, thruugh his counsel will withdraw the modified chapter 13 plan which was filed on September 14, 2023  and was entered as numbers 33  on the Court's docket sheet.

.

DATED:  October 12, 2023               /s/ Joseph J. Mania III
                                        JOSEPH J. MANIA III, ESQ.
                                         Attorney for the Debtor