| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br>    CARLOS A MADERO |

Order Filed on October 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-14849

Hearing Date:  10/18/2023

Judge:  ROSEMARY GAMBARDELLA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 18, 2023**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): CARLOS A MADERO

Case No.: 23-14849RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/18/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/18/2023 of the plan filed on 10/12/2023, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/01/2023 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.