Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−14849−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos A Madero
   29 Lowe Avenue
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−3243

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 7, 2023.

Dated: December 7, 2023
JAN: slm

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-14849-RG
Carlos A Madero  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3
Date Rcvd: Dec 07, 2023　　　　　　　　Form ID: plncf13　　　　　　　　Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　　　 Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^　　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A Madero, 29 Lowe Avenue, Fair Lawn, NJ 07410-2325 |
| 519936786 | + | CJC Law Office, 201 Solar Street, Syracuse, NY 13204-1425 |
| 519936788 | | Discover Bank/dmi, Discover Home Equity Loans, Lake Zurich, IL 60047 |
| 519936796 | + | Louis A Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519936797 | + | New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 519936798 | + | Nicole Olsey, 115 North Bedford Apt. A-1, Chappaqua, NY 10514-2721 |
| 519988548 | + | Passaic Bergen Water Softening, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4673 |
| 519936801 | | Td Retail Card Services, Ms Bt Pob 9475, Minneapolis, MN 55440 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519936774 | + | Email/Text: backoffice@affirm.com | Dec 07 2023 20:45:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519936773 | + | Email/Text: backoffice@affirm.com | Dec 07 2023 20:45:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519936775 | + | Email/PDF: bncnotices@becket-lee.com | Dec 07 2023 21:03:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519936776 | | Email/Text: bankruptcy@bhg-inc.com | Dec 07 2023 20:43:00 | Bankers Healthcare Group LLC, 122 E. 42nd Street, Room 700, New York, NY 10168 |
| 519936781 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 07 2023 21:04:01 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519936777 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 07 2023 20:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519936780 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 07 2023 21:14:27 | Bmw Bank Of North Amer, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016-0306 |
| 519936785 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 20:52:33 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519956636 | | Email/Text: bnc-quantum@quantum3group.com | Dec 07 2023 20:44:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519992989 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 07 2023 20:44:00 | Discover Bank, 1 Corporate Drive, Suite 360, |

Case 23-14849-RG    Doc 58    Filed 12/09/23    Entered 12/10/23 00:14:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: plncf13 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Lake Zurich, IL 60047 |
| 519936789 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2023 21:04:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 519936790 | | Email/Text: bankruptcy@bhg-inc.com | Dec 07 2023 20:43:00 | Fund-Ex LLC, 201 Solar Street, Syracuse, NY 13204 |
| 519990546 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 07 2023 20:44:00 | First Federal Bank, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519936791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2023 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519936792 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2023 20:45:00 | Jefferson Capital Systems Inc, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519994806 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2023 20:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519936793 | + | Email/Text: Documentfiling@lciinc.com | Dec 07 2023 20:43:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519936794 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 07 2023 20:44:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519957491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2023 20:53:24 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519972529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2023 21:03:51 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519997451 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2023 21:03:53 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 519936799 | ^ | MEBN | Dec 07 2023 20:43:57 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519988547 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 07 2023 20:44:00 | Philip A. Kahn, Esq., c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519936800 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2023 20:52:03 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519947588 | + | Email/Text: tdebn@credbankserv.com | Dec 07 2023 20:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519997645 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 07 2023 20:44:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 519936802 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 07 2023 20:44:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519936804 | | Email/Text: vdimambro@uwm.com | Dec 07 2023 20:44:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 519983753 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 07 2023 21:03:59 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519965057 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 07 2023 21:03:52 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519936805 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 07 2023 20:53:15 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519936782 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519936783 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519936784 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 519936779 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519936778 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519936787 | *+ | CJC Law Office, 201 Solar Street, Syracuse, NY 13204-1425 |
| 519945263 | *P++ | FUND EX LLC, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Fund-Ex, LLC, 201 Solar Street, Syracuse, NY 13204-201 |
| 519936795 | *+ | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 519936803 | *+ | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor First Federal Bank nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph J Mania, III | on behalf of Debtor Carlos A Madero jmbanklaw@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6