JOSEPH J MANIA III
LAW OFFICE OF JOSEPH J. MANIA III
203 MAIN ST., SUITE A 234
FLEMINGTON, NJ 08822

Re: CARLOS A MADERO
29 LOWE AVENUE
FAIR LAWN, NJ 07410

Atty: JOSEPH J MANIA III
LAW OFFICE OF JOSEPH J. MANIA III
203 MAIN ST., SUITE A 234
FLEMINGTON, NJ 08822

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
**Chapter 13 Case # 23-14849**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $20,163.00**

## RECEIPTS AS OF 01/01/2024

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/28/2023 | $210.00 | | 08/24/2023 | $210.00 | |
| 09/26/2023 | $210.00 | | 10/11/2023 | $157.00 | |
| 12/08/2023 | $346.00 | | | | |

**Total Receipts: $1,133.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $1,133.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 108.87 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 1,370.13 | 1,129.87 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANKERS HEALTHCARE GROUP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 24,113.15 | * | 0.00 | |
| 0006 | BMW BANK OF NORTH AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 12,797.53 | * | 0.00 | |
| 0010 | DISCOVER BANK | (NEW) Prepetition A | 1,502.08 | 100.00% | 0.00 | |
| 0011 | CITIBANK NA | UNSECURED | 1,641.71 | * | 0.00 | |
| 0012 | FUND-EX LLC | UNSECURED | 45,104.38 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0014 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 7,391.90 | * | 0.00 | |
| 0015 | LENDINGCLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | LOANCARE, LLC | (NEW) Prepetition A | 6,145.10 | 100.00% | 0.00 | |

**Chapter 13 Case # 23-14849**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0018 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | NICOLE OLSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0020 | PSE&G | UNSECURED | 710.82 | * | 0.00 | |
| 0021 | SYNCHRONY/PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | TD RETAIL CARD SERVICES | UNSECURED | 2,317.84 | * | 0.00 | |
| 0023 | US BANK NATIONAL ASSOCIATION | UNSECURED | 8,923.57 | * | 0.00 | |
| 0025 | UNITED WHOLESALE MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | WELLS FARGO BANK NA | UNSECURED | 2,309.95 | * | 0.00 | |
| 0028 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,946.72 | * | 0.00 | |
| 0030 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LOANCARE, CIT BANK, | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | U.S. BANKCORP | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 164.20 | * | 0.00 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 363.16 | * | 0.00 | |
| 0038 | PASSAIC BERGEN WATER SOFTENING | UNSECURED | 1,546.05 | * | 0.00 | |
| 0039 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 93.05 | * | 0.00 | |

**Total Paid: $1,479.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $1,133.00 - Paid to Claims: $0.00 - Admin Costs Paid: $1,479.00 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.