UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**McCABE, WEISBERG & CONWAY, LLC**
**By: Andrew  M. Lubin, Esq. (Atty.**
**I.D.#AL0814)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**

Attorneys for Movant: First Federal Bank

Order Filed on September 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN re:

Carlos A Madero
        Debtor

Case No.: 23-14849-RG
Chapter: 13
Hearing Date: August 21, 2024
at 10:00 a.m.
Judge: Rosemary Gambardella

| | | | |
|---|---|---|---|
| Recommended Local Form | ☒ Followed | ☐ Modified | |

## ORDER RESOLVING MOTION TO VACATE STAY
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: September 26, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Applicant:                     First Federal Bank
Applicant's Counsel:           Andrew  M. Lubin, Esq.
Property Involved ("Collateral")      29 Lowe Avenue, Fair Lawn, New Jersey 07410

Relief Sought:        ☒ Motion for relief from the automatic stay

                      ☐ Motion to dismiss

                      ☐ Motion for prospective relief to prevent imposition of      automatic stay
              against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to
the following conditions:

1.      Status of post-petition arrearages:

         Debtor brought the loan post-petition current through and including September 1, 2024,

        during the pendency of the stay relief motion.

2.      Debtor must cure all post-petition arrearages, as follows:

        ☒  Beginning on October 1, 2024, regular monthly mortgage payment shall continue to be

            made in the amount of $2,735.12.

3.      Payments to the Secured Creditor shall be made to the following address(es):

        ☒        Immediate payment:          LoanCare, LLC
                                             P.O. Box 8068
                                             Virginia Beach, VA 23450
        ☒        Regular monthly payment:    Same as above
        ☐        Monthly cure payment:       Same as above

4.      In the event of Default:

        ☒        If the Debtor fails to make the immediate payment specified above or fails to make

        any regular monthly payment or the additional monthly cure payment within thirty (30) days

        of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

        Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

        specifying the Debtor's failure to comply with this Order.  At the time the Certification is

        filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the

        Debtor and the Debtor's attorney.

        ☐        If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a

        new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's

        opportunity to proceed against its Collateral without further Order of the Court.

5.      In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall

        remain in full force and effect.  In the event that the Debtor converts his/her case to a Chapter

        7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of

conversion. Failure to cure the arrears shall constitute an event of default under this Order
and Movant may certify default as set forth in paragraph 4 of this order.

6.    Award of Attorneys' Fees:

☒    The Applicant is awarded attorney fees of $500.00 and costs of $199.00.

The fees and costs are payable:

☒    through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-14849-RG

Carlos A Madero                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                              Page 1 of 2

Date Rcvd: Sep 26, 2024                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

**Recip ID              Recipient Name and Address**
db                  +   Carlos A Madero, 29 Lowe Avenue, Fair Lawn, NJ 07410-2325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew M. Lubin | on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor First Federal Bank nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph J Mania, III | on behalf of Debtor Carlos A Madero jmbanklaw@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor First Federal Bank nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |

District/off: 0312-2                          User: admin                          Page 2 of 2
Date Rcvd: Sep 26, 2024                       Form ID: pdf903                       Total Noticed: 1

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7