| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>CARLOS A MADERO | Case No.: 23-14849<br><br>Adv. No.:<br><br>Hearing Date: 11/19/2025<br><br>Judge:  TBA |

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/09/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CARLOS A MADERO
29 LOWE AVENUE
FAIR LAWN, NJ  07410
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOSEPH J MANIA III
LAW OFFICE OF JOSEPH J. MANIA III
203 MAIN ST., SUITE A 234
FLEMINGTON, NJ  08822
Mode of Service:  ECF and/or Regular Mail

Dated:  October 09, 2025

By:  /S/  Sheila Alvarado
Sheila Alvarado