JOSEPH J MANIA III
LAW OFFICE OF JOSEPH J. MANIA III
203 MAIN ST., SUITE A 234
FLEMINGTON, NJ 08822

Re: CARLOS A MADERO
29 LOWE AVENUE
FAIR LAWN, NJ 07410

Atty: JOSEPH J MANIA III
LAW OFFICE OF JOSEPH J. MANIA III
203 MAIN ST., SUITE A 234
FLEMINGTON, NJ 08822

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-14849**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $21,341.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/28/2023 | $210.00 | | 08/24/2023 | $210.00 | |
| 09/26/2023 | $210.00 | | 10/11/2023 | $157.00 | |
| 12/08/2023 | $346.00 | | 01/05/2024 | $346.00 | |
| 02/06/2024 | $346.00 | | 03/08/2024 | $346.00 | |
| 04/05/2024 | $346.00 | | 05/07/2024 | $346.00 | |
| 06/11/2024 | $346.00 | | 07/08/2024 | $346.00 | |
| 08/09/2024 | $346.00 | | 09/10/2024 | $346.00 | |
| 10/03/2024 | $346.00 | | 11/14/2024 | $346.00 | |
| 12/10/2024 | $346.00 | | 01/07/2025 | $346.00 | |
| 02/07/2025 | $346.00 | | 03/07/2025 | $346.00 | |
| 04/15/2025 | $346.00 | | 05/13/2025 | $346.00 | |
| 06/10/2025 | $346.00 | | 07/16/2025 | $346.00 | |
| 08/19/2025 | $346.00 | | 09/17/2025 | $346.00 | |
| 10/17/2025 | $346.00 | | 11/05/2025 | $692.00 | |
| 12/31/2025 | $384.00 | | | | |

**Total Receipts: $9,821.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $9,821.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 05/10/2024 | $28.17 | 927,738 | 06/17/2024 | $62.53 | 929,151 |
| | 07/15/2024 | $64.56 | 930,616 | 08/19/2024 | $64.56 | 932,043 |
| | 09/16/2024 | $64.56 | 933,493 | 10/21/2024 | $57.41 | 934,902 |
| | 11/18/2024 | $57.41 | 936,381 | 12/16/2024 | $57.41 | 937,759 |
| | 01/13/2025 | $57.41 | 939,204 | 02/10/2025 | $57.41 | 940,558 |
| | 03/17/2025 | $57.41 | 941,952 | 05/12/2025 | $57.41 | 944,856 |
| | 06/16/2025 | $116.05 | 946,269 | 08/18/2025 | $49.33 | 949,093 |

**Chapter 13 Case # 23-14849**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 08/18/2025 | $49.27 | 949,093 | 09/16/2025 | $49.33 | 950,424 |
| | 09/16/2025 | $49.27 | 950,424 | 10/20/2025 | $98.13 | 951,867 |
| | 10/20/2025 | $98.02 | 951,867 | 11/17/2025 | $97.61 | 953,337 |
| | 11/17/2025 | $97.50 | 953,337 | 01/12/2026 | $54.17 | 956,155 |
| | 01/12/2026 | $54.11 | 956,155 | | | |
| LOANCARE, LLC | | | | | | |
| | 05/10/2024 | $115.24 | 927,892 | 06/17/2024 | $255.79 | 929,334 |
| | 07/15/2024 | $264.14 | 930,776 | 08/19/2024 | $264.14 | 932,222 |
| | 09/16/2024 | $264.14 | 933,647 | 10/21/2024 | $234.87 | 935,082 |
| | 10/21/2024 | $32.96 | 935,082 | 11/18/2024 | $234.87 | 936,542 |
| | 11/18/2024 | $32.96 | 936,542 | 12/16/2024 | $234.87 | 937,932 |
| | 12/16/2024 | $32.96 | 937,932 | 01/13/2025 | $234.87 | 939,360 |
| | 01/13/2025 | $32.96 | 939,360 | 02/10/2025 | $234.87 | 940,706 |
| | 02/10/2025 | $32.96 | 940,706 | 03/17/2025 | $234.87 | 942,120 |
| | 03/17/2025 | $32.95 | 942,120 | 05/12/2025 | $234.88 | 945,013 |
| | 05/12/2025 | $32.96 | 945,013 | 06/16/2025 | $474.74 | 946,425 |
| | 06/16/2025 | $66.61 | 946,425 | 08/18/2025 | $201.79 | 949,239 |
| | 08/18/2025 | $28.31 | 949,239 | 09/16/2025 | $201.79 | 950,581 |
| | 09/16/2025 | $28.31 | 950,581 | 10/20/2025 | $401.46 | 952,036 |
| | 10/20/2025 | $56.33 | 952,036 | 11/17/2025 | $399.33 | 953,492 |
| | 11/17/2025 | $56.03 | 953,492 | 01/12/2026 | $221.60 | 8,004,910 |
| | 01/12/2026 | $31.09 | 8,004,910 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 616.31 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANKERS HEALTHCARE GROUP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 24,113.15 | * | 0.00 | |
| 0006 | BMW BANK OF NORTH AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 12,797.53 | * | 0.00 | |
| 0010 | DISCOVER BANK | (NEW) Prepetition A | 1,502.08 | 100.00% | 1,150.87 | |
| 0011 | CITIBANK NA | UNSECURED | 1,641.71 | * | 0.00 | |
| 0012 | FUND-EX LLC | UNSECURED | 45,104.38 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0014 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 7,391.90 | * | 0.00 | |
| 0015 | LENDINGCLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | LOANCARE, LLC | (NEW) Prepetition A | 6,145.10 | 100.00% | 4,708.26 | |
| 0018 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | NICOLE OLSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0020 | PSE&G | UNSECURED | 710.82 | * | 0.00 | |
| 0021 | SYNCHRONY/PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | TD RETAIL CARD SERVICES | UNSECURED | 2,317.84 | * | 0.00 | |
| 0023 | US BANK NATIONAL ASSOCIATION | UNSECURED | 8,923.57 | * | 0.00 | |
| 0025 | UNITED WHOLESALE MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | WELLS FARGO BANK NA | UNSECURED | 2,309.95 | * | 0.00 | |
| 0028 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,946.72 | * | 0.00 | |
| 0030 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LOANCARE, CIT BANK, | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 23-14849**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0035 | U.S. BANKCORP | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 164.20 | * | 0.00 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 363.16 | * | 0.00 | |
| 0038 | PASSAIC BERGEN WATER SOFTENING | UNSECURED | 1,546.05 | * | 0.00 | |
| 0039 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 93.05 | * | 0.00 | |
| 0040 | LOANCARE, LLC | (NEW) MTG Agree | 699.00 | 100.00% | 497.39 | |
| 0041 | DISCOVER BANK | (NEW) MTG Agree | 699.00 | 100.00% | 348.17 | |

**Total Paid: $9,821.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $9,821.00 - Paid to Claims: $6,704.69 - Admin Costs Paid: $3,116.31 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.