**B 2100A (Form 2100A) (12/15)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| **IN RE:**<br>**CARLOS A MADERO**<br>**DEBTOR** | **CASE NO. 23-14849-TBA**<br>**CHAPTER 13** |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| JP Morgan Chase Bank, National Association<br>Name of Transferee | Discover Bank<br>Name of Transferor |

Name and Address where notices of transferee should be sent:
JP Morgan Chase Bank, National Association
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047

Phone: 800-669-4268
Last Four Digits of Acct #: 5839

Court Claim # (if known): 13
Amount of Claim: $84,859.42
Date Claim Filed: 08/08/2023

Phone: 800-669-0340
Last Four Digits of Acct#: 5839

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *<u>/s/ Kimberly A. Wilson</u>* Date: March 5, 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-33305 BKSUP03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for JP Morgan Chase Bank, National Association

| | |
|---|---|
| In Re:<br><br>CARLOS A MADERO | Case No: 23-14849-TBA<br><br>Hearing Date: ____________<br><br>Judge: MARK E HALL<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

1. I, Camisha Checo:

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents JP Morgan Chase Bank, National Association in this matter.

☐ am the _________________ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 5, 2026

/s/ *Camisha Checo*
Camisha Checo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Carlos A Madero<br>29 Lowe Avenue<br>Fair Lawn, NJ 07410 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| Joseph J Mania, III<br>203 Main St., Suite A234<br>Flemington, NJ 08822 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| US Dept of Justice | US Trustee | ☐ Hand-delivered |

| | | |
|---|---|---|
| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other__________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.